UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UPEQUITY, SPV1, LLC,

    Plaintiff,

v.                                          Case No. 8:24-cv-842-TPB-NHA

MEAGAN GLENNON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Natalie Hirt Adams, United States Magistrate Judge, entered on June 27, 2025. (Doc. 41). Judge Adams recommends that "Plaintiff, UpEquity SPV1, LLC's Motion for Entitlement to Attorney's Fees and Costs and Motion for Taxation of Costs" (Doc. 40) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*,

677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Adams's report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for entitlement to attorney's fees and costs is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Adams's report and recommendation (Doc. 41) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff, UpEquity SPV1, LLC's Motion for Entitlement to Attorney's Fees and Costs and Motion for Taxation of Costs" (Doc. 40) is hereby **GRANTED**.

(3) Plaintiff is entitled to an award of attorney's fees and costs. Plaintiff is **DIRECTED** to file a supplemental motion on the amount to which it is entitled, as contemplated by Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>1st</u> day of August, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE